IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ROBISON,

    Petitioner,               No. CIV S-06-2641 LKK GGH P

    vs.

ROBERT A. HOREL,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of November 22, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's December 26, 2006 motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file an amended petition.

DATED: 1/4/07                      /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:bb
robi2641.111